**DISMISS and Opinion Filed August 1, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00304-CV**

**WISSAM ELHOUSSEINI, Appellant**
**V.**
**LYNSEY MOAT, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-09000**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. By postcard dated June 25, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


    /Craig Smith/
    CRAIG SMITH
240304F.P05    JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WISSAM ELHOUSSEINI,
Appellant

No. 05-24-00304-CV      V.

LYNSEY MOAT, Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-09000.
Opinion delivered by Justice Smith.
Justices Miskel and Breedlove
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 1, 2024